UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KIMBERLY E. AMICO,

                *Plaintiff*,

v.

CREDIT BUREAU COLLECTION SERVICES, INC.,

                *Defendant*.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ON THE MERITS**

Civil Action No. 12-cv-00037

---

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiff and Defendant in the above-entitled action, that whereas neither the Plaintiff nor the Defendant is an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, dismissed with prejudice and on the merits, without costs or fees to either Plaintiff or Defendant as against the other. In accordance with Fed. R. Civ. P 41(a)(1)(ii) and Rule 2104 of the NY C.P.L.R., it is stated that the terms of this Stipulation involve a full settlement of any and all claims, counterclaims, cross-claims, and third-party claims for good and mutual consideration exchanged among the parties, including mutual releases. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: April 16, 2012                  DATED: April 12, 2012

**JEFFREY FREEDMAN ATTORNEYS**         **HISCOCK & BARCLAY, LLP**

By: _____          By: _____
     Brad J. Davidzik, Esq.                              John P. Gaughan

*Attorneys for Plaintiff*                           *Attorneys for Defendant*
424 Main Street                                      1100 M&T Center
Suite 622                                             Three Fountain Plaza
Buffalo, New York 14202                    Buffalo, New York 14203
Telephone: (716) 856-7091                Telephone: (716) 566-1300
E-mail: bdavidzik@jeffreyfreedman.com    E-mail: jgaughan@hblaw.com

6009700.1